**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAVIN CROSSBOWS, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:21-cv-02213-GMN-EJY |
| vs. ) | |
| ) | **ORDER** |
| HUNTER'S MANUFACTURING ) | |
| COMPANY, INC. d/b/a TENPOINT ) | |
| CROSSBOW TECHNOLOGIES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is the Order and Report and Recommendation ("R&R"), (ECF No. 33), of United States Magistrate Judge Elayna J. Youchah, which recommends that Plaintiff Ravin Crossbows, LLC's Motion for Clerk's Entry of Default against Defendant Hunter's Manufacturing Company, Inc. d/b/a Tenpoint Crossbow Technologies, (ECF No. 23), be denied as moot.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328

F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R 1:25, 2:1–9, ECF No. 33) (informing that any objection must be made within fourteen (14) days of May 18, 2022, making the deadline to object to the R&R June 1, 2022).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 33), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff Ravin Crossbows, LLC's Motion for Clerk's Entry of Default against Defendant Hunter's Manufacturing Company, Inc. d/b/a Tenpoint Crossbow Technologies, (ECF No. 23), is **DENIED** as moot.

Dated this __3__ day of June, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court