Nicholas J. Santoro, Esq.
Nevada Bar No. 0532
Jason D. Smith, Esq.
Nevada Bar No. 9691
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: 702.948.8771
Fax: 702.948.8773
Email: nsantoro@santoronevada.com
       jsmith@santoronevada.com

Kadie M. Jelenchick, Esq.
(*Pro Hac Vice*)
Michelle A. Moran, Esq.
(*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202
Tel.: 414.319.7324
Fax: 414.297.4900
Email: kjelenchick@foley.com
       mmoran@foley.com

*Attorneys for Plaintiff RAVIN CROSSBOWS, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAVIN CROSSBOWS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER'S MANUFACTURING COMPANY, INC. d/b/a TENPOINT CROSSBOW TECHNOLOGIES,<br><br>Defendant. | Case No.   2:21-cv-02213-GMN-EJY<br><br>**PLAINTIFF'S NOTICE OF MANUAL FILING** |

4859-0282-3234.1

PLEASE TAKE NOTICE that the following exhibits to **PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF, (ECF No. 50),** cannot be electronically filed and will therefore be manually filed/lodged with Chambers and the Clerk of Court:

**USB drive labeled 2:21-cv-02213-GMN-EJY containing Plaintiff's Claim Construction Exhibits:**

- **Exhibit H – Ravin Crossbows, LLC's HeliCoil Video (ECF No. 50-10);**
- **Exhibit O – Video Animation of U.S. Patent No. 9,354,015, FIG. 12 – "Mounted To" (ECF No. 50-18); and**
- **Exhibit T – Video Animation of U.S. Patent No. 9,354,015, FIG. 12 – "Pass Under" (ECF No. 50-23).**

Dated: December 8, 2022

Respectfully submitted,

/s/ Kadie M. Jelenchick
Nicholas J. Santoro, Esq.
Nevada Bar No. 532
Jason D. Smith, Esq.
Nevada Bar No. 9691
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: 702.948.8771
Fax: 702.948.8773
Email: nsantoro@santoronevada.com
jsmith@santoronevada.com

Kadie M. Jelenchick, Esq.
(*Pro Hac Vice*)
Michelle A. Moran, Esq.
(*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202
Tel.: 414.319.7324
Fax: 414.297.4900
Email: kjelenchick@foley.com
mmoran@foley.com

*Attorneys for Plaintiff RAVIN CROSSBOWS, LLC*

1

**PROOF OF SERVICE**

I hereby certify that on the 8th day of December, 2022, a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF MANUAL FILING** was electronically filed with the Clerk of the Court by using the CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notifications in this case.

                                                   /s/ Michelle A. Moran
                                                   Michelle A. Moran